A TRUE COPY - ATTEST
JAMES R. STARR, CLERK
By Judith A. Barrett
DEPUTY CLERK
US DISTRICT COURT,
DISTRICT OF NEW HAMPSHIRE
Sep 09, 2011

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 30 2011

FILED

IN RE: DIAL COMPLETE MARKETING AND
SALES PRACTICES LITIGATION

MDL No. 2263

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 18, 2011, the Panel transferred 10 civil action(s) to the United States District Court for the District of New Hampshire for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the District of New Hampshire. With the consent of that court, all such actions have been assigned to the Honorable Steven J McAuliffe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Hampshire and assigned to Judge McAuliffe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Hampshire for the reasons stated in the order of August 18, 2011, and, with the consent of that court, assigned to the Honorable Steven J McAuliffe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Hampshire. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 29, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIAL COMPLETE MARKETING AND
SALES PRACTICES LITIGATION                                MDL No. 2263

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS WESTERN** | | | |
| ARW | 5 | 11-05127 | Catalan v. The Dial Corporation |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 11-03330 | Terrell v. The Dial Corporation |
| CAN | 5 | 11-02945 | El-Jandali v. The Dial Corporation et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 11-03727 | Pearson v. The Dial Corporation |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 11-01403 | Delivorias et al v. Dial Corporation |